```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                               Case No. 18-00375-HWV
Ronald J. Wise-Stough                                                Chapter 13
Lisa E. Wise-Stough
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 1           Date Rcvd: Jun 14, 2019
                              Form ID: orfeedue          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
5211163        +New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 Ronald J. Wise-Stough adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor 2 Lisa E. Wise-Stough adlitem@pa.net
              James  Warmbrodt     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Ronald J. Wise–Stough

Lisa E. Wise–Stough

**Debtor(s)**

Chapter 13

Case number 1:18–bk–00375–HWV

Document Number: 37

### Order Filing Fee Due

A transfer of claim was filed on **June 14, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **June 21, 2019**.

Dated: June 14, 2019

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

orfeedue(05/18)