```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00375-HWV
Ronald J. Wise-Stough                                           Chapter 13
Lisa E. Wise-Stough
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: KADavis              Page 1 of 1           Date Rcvd: Jun 14, 2019
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
5047328        +PINGORA LOAN SERVICING, LLC,    CENLAR FSB,   BK Department, 425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 Ronald J. Wise-Stough adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor 2 Lisa E. Wise-Stough adlitem@pa.net
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00375-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Ronald J. Wise-Stough
1357 Laudermilch Road
Palmyra PA 17078

Lisa E. Wise-Stough
1357 Laudermilch Road
Palmyra PA 17078

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2019.

Name and Address of Alleged Transferor(s):

Claim No. 19: PINGORA LOAN SERVICING, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0675
New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/16/19

Terrence S. Miller
**CLERK OF THE COURT**