United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00375-HWV
Ronald J. Wise-Stough  Chapter 13
Lisa E. Wise-Stough
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Mar 13, 2023      Form ID: 3180W      Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald J. Wise-Stough, Lisa E. Wise-Stough, 1357 Laudermilch Road, Palmyra, PA 17078-8811 |
| 5048212 | | MS. HERSHEY MEDICAL CENTER, PO BOX 643291, PITTSBURG, PA. 15264-3291 |
| 5017607 | | MSHMC physicians group, po box 854, Hershey, PA 17033-0854 |
| 5047328 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 5017623 | | PSHMC PHYSICIANS GROUP, billing services, po box 854, Hershey, PA 17033-0854 |
| 5038006 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 5017589 | | cenlar federal savings bank, 424 phillips blvd, Ewing, NJ 08618-1430 |
| 5017588 | | cenlar federal savings bank, 424 phillips blvd, Trenton, NJ 08618-1430 |
| 5017598 | | great eastern resort corp., regal vistas, po box 29352, Phoenix, AZ 85038-9352 |
| 5017599 | + | hershey medical center, 500 university drive, Hershey, PA 17033-2391 |
| 5017605 | | ms hershey medical center, po box 643291, Pittsburgh, PA 15264-3291 |
| 5017604 | + | ms hershey medical center, 500 university drive, Hershey, PA 17033-2390 |
| 5017635 | + | synchrony bank, c/o Pataneaude & Felix, 4545 Murphy Canyon Rd. 3rd Fl, San Diego, CA 92123-4363 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2023 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 5038481 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 18:59:57 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5017586 | | EDI: CAPITALONE.COM | Mar 13 2023 22:41:00 | CAPITAL ONE BEST BUY, PO BOX 30253, Salt Lake City, UT 84130-0253 |
| 5025670 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 18:59:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5017592 | ^ | MEBN | Mar 13 2023 18:40:52 | Crown Asset Managment, c/o D&A Services, 1400 E. Touchy Ave. Suite G-2, Des Plaines, IL 60018-3338 |
| 5017593 | ^ | MEBN | Mar 13 2023 18:40:54 | D&A Services, 1400 east touhy avenue, suite G2, Des Plaines, IL 60018-3338 |
| 5021653 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2023 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 5017595 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2023 18:43:00 | fnb omaha, 1620 dodge st., Omaha, NE 68197-0003 |
| 5017579 | | Email/Text: collecadminbankruptcy@fnni.com | | |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Mar 13 2023 18:43:00 | 1st national bank of omaha, po box 3412, Omaha, NE 68103 |
| 5017590 | | EDI: JPMORGANCHASE | Mar 13 2023 22:41:00 | chase bank one card services, po box 15298, Wilmington, DE 19850 |
| 5017601 | | Email/Text: unger@members1st.org | Mar 13 2023 18:44:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5034370 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2023 18:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5211164 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2023 18:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0675, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5211163 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2023 18:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5017622 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2023 18:43:00 | PNC BANK, po box 3180, Pittsburgh, PA 15230 |
| 5036286 | | EDI: PRA.COM | Mar 13 2023 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5018570 | + | EDI: RECOVERYCORP.COM | Mar 13 2023 22:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5037932 | + | Email/Text: bankruptcynotices@psecu.com | Mar 13 2023 18:44:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5017621 | | Email/Text: bankruptcynotices@psecu.com | Mar 13 2023 18:44:00 | Pennsylvania State Employees Credit, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5042838 | | EDI: Q3G.COM | Mar 13 2023 22:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5017633 | + | EDI: RMSC.COM | Mar 13 2023 22:41:00 | SYNCB/sams club, po box 965005, Orlando, FL 32896-5005 |
| 5017625 | | EDI: CITICORP.COM | Mar 13 2023 22:41:00 | Sears CBNA, po box 6282, Sioux Falls, SD 57117-6282 |
| 5017639 | + | EDI: WTRRNBANK.COM | Mar 13 2023 22:41:00 | TD BANK TARGET, po box 1470, Minneapolis, MN 55440-1470 |
| 5017638 | | EDI: TDBANKNORTH.COM | Mar 13 2023 22:41:00 | td bank na, po box 84037, Columbus, GA 31908 |
| 5043768 | + | Email/Text: bncmail@w-legal.com | Mar 13 2023 18:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5017640 | + | EDI: WTRRNBANK.COM | Mar 13 2023 22:41:00 | TD Bank/Target, po box 673, Minneapolis, MN 55440-0673 |
| 5043753 | + | Email/Text: RASEBN@raslg.com | Mar 13 2023 18:43:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5017641 | | EDI: USAA.COM | Mar 13 2023 22:41:00 | USAA savings bank, po box 33009, San Antonio, TX 78265-3009 |
| 5017642 | | EDI: USAA.COM | Mar 13 2023 22:41:00 | USSA SAVINGS BANK, 10750 MCDERMOTT PWY, San Antonio, TX 78288-1600 |
| 5017580 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 18:59:50 | american express, po box 981537, El Paso, TX 79998-1537 |
| 5017582 | + | EDI: TSYS2 | Mar 13 2023 22:41:00 | barclays bank deleware, 125 south west st., Wilmington, DE 19801-5014 |
| 5017581 | + | EDI: TSYS2 | Mar 13 2023 22:41:00 | barclays bank deleware, po box 8803, Wilmington, DE 19899-8803 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5017583 | + | EDI: CITICORP.COM | Mar 13 2023 22:41:00 | best buy cbna, po box 6497, Sioux Falls, SD 57117-6497 |
| 5017585 | + | EDI: CAPITALONE.COM | Mar 13 2023 22:41:00 | capital one, po box 30281, Salt Lake City, UT 84130-0281 |
| 5017584 | + | EDI: CAPITALONE.COM | Mar 13 2023 22:41:00 | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5017587 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 13 2023 18:43:00 | cenlar federal savings bank, po box 77404, Trenton, NJ 08628-6404 |
| 5017591 | + | EDI: WFNNB.COM | Mar 13 2023 22:41:00 | comenity capital one boscovs, po box 182120, Columbus, OH 43218-2120 |
| 5017596 | + | Email/Text: bankruptcy@affglo.com | Mar 13 2023 18:44:00 | global credit and collection, 5440 north cumberland avenue, suite 300, Chicago, IL 60656-1486 |
| 5017600 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2023 18:43:00 | kohls capital one, po box 3115, Milwaukee, WI 53201-3115 |
| 5017602 | + | Email/Text: unger@members1st.org | Mar 13 2023 18:44:00 | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |
| 5017608 | + | Email/Text: Bankruptcies@nragroup.com | Mar 13 2023 18:44:00 | national recovery agency, 2491 paxton street, Harrisburg, PA 17111-1036 |
| 5017609 | + | Email/Text: ngisupport@radiusgs.com | Mar 13 2023 18:43:00 | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017620 | + | Email/Text: bankruptcynotices@psecu.com | Mar 13 2023 18:44:00 | pennsylvania state emmployees cred., 1500 elmerton avenue, Harrisburg, PA 17110-2990 |
| 5017624 | + | EDI: CITICORP.COM | Mar 13 2023 22:41:00 | sears cbna, po box 6283, Sioux Falls, SD 57117-6283 |
| 5017626 | | EDI: RMSC.COM | Mar 13 2023 22:41:00 | syncb amazon place, po box 965036, Orlando, FL 32896-5036 |
| 5017627 | | EDI: RMSC.COM | Mar 13 2023 22:41:00 | syncb lowes, po box 965036, Orlando, FL 32896-5036 |
| 5017629 | + | EDI: RMSC.COM | Mar 13 2023 22:41:00 | syncb toys r us, po box 965005, Orlando, FL 32896-5005 |
| 5017630 | + | EDI: RMSC.COM | Mar 13 2023 22:41:00 | syncb/old navy, po box 965005, Orlando, FL 32896-5005 |
| 5017632 | | EDI: RMSC.COM | Mar 13 2023 22:41:00 | syncb/sams, jpo box 965036, Orlando, FL 32896-5036 |
| 5017634 | + | EDI: RMSC.COM | Mar 13 2023 22:41:00 | syncb/wolf furniture, po box 965036, Orlando, FL 32896-5036 |
| 5017636 | | EDI: RMSC.COM | Mar 13 2023 22:41:00 | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5017637 | + | EDI: RMSC.COM | Mar 13 2023 22:41:00 | synchrony bank lowes, po box 965005, Orlando, FL 32896-5005 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

| | | |
|---|---|---|
| 5017594 | *+ | D&A Services, 1400 east touhy avenue, suite G2, Des Plaines, IL 60018-3338 |
| 5017603 | *+ | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |
| 5017606 | * | ms hershey medical center, po box 643291, Pittsburgh, PA 15264-3291 |
| 5017610 | *+ | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017611 | *+ | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017612 | *+ | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017613 | *+ | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017614 | *+ | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017615 | *+ | northland group, po box 390905, Minneapolis, MN 55439-0905 |
| 5017617 | *+ | patenaude & felix A.P.C., 4545 Murphy Canyon Rd. 3rd floor, San Diego, CA 92123-4363 |
| 5017618 | *+ | patenaude & felix A.P.C., 4545 Murphy Canyon Rd. 3rd floor, San Diego, CA 92123-4363 |
| 5017628 | * | syncb lowes, po box 965036, Orlando, FL 32896-5036 |
| 5017631 | *+ | syncb/old navy, po box 965005, Orlando, FL 32896-5005 |
| 5017597 | ##+ | gold's gym, c/o first credit services inc., 377 hoes lane suite 200, Piscataway, NJ 08854-4155 |
| 5017616 | ##+ | patenaude & felix A.P.C., 4545 Murphy Canyon Rd. 3rd floor, San Diego, CA 92123-4363 |
| 5017619 | ##+ | pautenaude & Felix, 4545 Murphy canyon road, 3rd floor, San Diego, CA 92123-4363 |

TOTAL: 0 Undeliverable, 16 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com  PitEcf@weltman.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Gregory S Hazlett | on behalf of Debtor 1 Ronald J. Wise-Stough adlitem@pa.net  hazlettgreg123@gmail.com |
| Gregory S Hazlett | on behalf of Debtor 2 Lisa E. Wise-Stough adlitem@pa.net  hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Mario John Hanyon | on behalf of Creditor Pingora Loan Servicing  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ronald J. Wise-Stough<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-7129<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Lisa E. Wise-Stough<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-8067<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-00375-HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald J. Wise-Stough            Lisa E. Wise-Stough

3/13/23

**By the court:**   _/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2

Case 1:18-bk-00375-HWV   Doc 49   Filed 03/15/23   Entered 03/16/23 00:23:25   Desc
Imaged Certificate of Notice   Page 8 of 8