United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                            Case No. 18-00375-HWV
Ronald J. Wise-Stough                                    Chapter 13
Lisa E. Wise-Stough
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                              Page 1 of 2
Date Rcvd: Apr 13, 2023                        Form ID: fnldec                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

**Recip ID            Recipient Name and Address**
db/jdb                + Ronald J. Wise-Stough, Lisa E. Wise-Stough, 1357 Laudermilch Road, Palmyra, PA 17078-8811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023                                Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

**Name                           Email Address**

Brian Thomas Langford
                                  on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com

Charles G. Wohlrab
                                  on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

Charles G. Wohlrab
                                  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Gregory S Hazlett
                                  on behalf of Debtor 2 Lisa E. Wise-Stough adlitem@pa.net hazlettgreg123@gmail.com

Gregory S Hazlett
                                  on behalf of Debtor 1 Ronald J. Wise-Stough adlitem@pa.net hazlettgreg123@gmail.com

Jack N Zaharopoulos
                                  TWecf@pamd13trustee.com

| | | |
|---|---|---|
| James Warmbrodt | | on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com |
| Mario John Hanyon | | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | | on behalf of Creditor Pingora Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ronald J. Wise−Stough, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:18−bk−00375−HWV |
| Lisa E. Wise−Stough, | |
| **Debtor 2** | |

Social Security No.:
        xxx−xx−7129        xxx−xx−8067

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

        **Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 13, 2023

**fnldec** (01/22)